**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELVIS TAIZHA URGILEZ**,<br>Petitioner,<br><br>vs.<br><br>**ANDY CRUZ**, Warden, et al.<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | No. 26-cv-8256-JMY |

**ORDER**

**AND NOW**, this 30th day of October, 2026, upon consideration of the Petition for Writ of Habeas Corpus filed by the Petitioner (Petition, ECF No. 1) and the Notice of Non-Opposition filed by the Government (Notice, ECF No. 6), it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. The Government shall **RELEASE** Petitioner from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 5:00 p.m. ET on Monday, November 2, 2026;

2. The Government shall not pursue re-detention of Petitioner pursuant to 8 U.S.C. § 1231 in relationship to this case until after Petitioner has completed necessary medical treatment;

3. At least 48 hours prior to seeking any re-detention of Petitioner in connection with this case under 8 U.S.C. § 1231, the Government shall confirm with Petitioner's counsel that he has completed necessary medical treatment; and

4. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John Milton Younge**